15 CRIM 240

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION DEPARTMENT**

**TO:** Jim Molinelli
Part 1 Criminal Clerk

**FROM:** Peter A. Merrigan
Supervising U.S. Probation Officer

Re: Ronald Smith
Dkt No.: 2:02CR20075

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response, along with **four (4) Original Probation Form 22's** to our office at 233 Broadway, 14th floor, so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: Peter A. Merrigan (SS)
Peter A. Merrigan
Supervising U.S. Probation Officer
212-805-5129

Prepared By:

Rosiani Schuricht
U.S. Probation Officer
212-805-5063
DATE: April 7, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: APR 17 2015

REQUEST FOR TRANSFER OF JURISDICTION

TO: Jim Molinelli
Part 1 Criminal Clerk

15 CRIM 240

OFFENSE: Unlawful Possession with Intent to Distribute Approximately 200 Units of Dilaudid (Hydromorphine) 21USC841(a)(1), Unlawful Possession with Intent to Distribute Approximately 236 Units of Dilaudid (Hydromorphine) 21USC841(a)(1), Unlawful Possession with Intent to Distribute Approximately 1,188 Units of Dilaudid (Hydromorphine) 21USC841(a)(1).

ORIGINAL SENTENCE: One hundred and Fifty One (151) months imprisonment followed by a three (3) year term of supervised release.

FROM: Peter A. Merrigan
Supervising U.S. Probation Officer

SPEC. CONDITIONS: The defendant must pay a special assessment fee of $300.00. The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer.

RE: Smith, Ronald
Docket # 2:02CR20075

AUSA :To be determined

MED: July 30, 2017.

DATE OF SENTENCE: April 18, 2003

DATE: April 7, 2015

ATTACHMENTS: JUDGMENT

REQUEST FOR: TRANSFER OF JURISDICTION

---

**REQUEST FOR TRANSFER OF JURISDICTION**

On April 18, 2003 Mr. Smith was sentenced as outlined above in the Western District of Tennessee before the Honorable Jon Phipps McCalla, U.S. District Court Judge.

On March 7· 2015, we received a letter from the Western District of Tennessee, advising that the Honorable Jon Phipps McCalla, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Smith's transfer to the Southern District of New York.

At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction. Enclosed are four (4) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return all original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Rosiani Schuricht
U.S Probation Officer
212-805-5063