JUDGE NATHAN

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

15 CRIM 240

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| 2:02CR20075 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald Smith<br>New York, NY | Western District of TN | Memphis |
| | NAME OF SENTENCING JUDGE<br>Honorable Senior Judge Jon Phipps McCalla | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 7/31/2014 | TO: 7/30/2017 |

OFFENSE
21 U.S.C. § 841(a) (1) and 18 U.S.C. Unlawful Possession with Intent to Distribute Approximately 200 Units of Dilaudid (Hydromorphine).
21 U.S.C. § 841(a) (1) Unlawful Possession with Intent to Distribute Approximately 236 Units of Dilaudid (Hydromorphone).
21 U.S.C. § 841 (a) (1) Unlawful Possession with Intent to Distribute Approximately 1,188 Units of Dilaudid (Hydromorphone).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order Of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this court.*

March 2, 2015
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 17 2015

4/17/15
*Effective Date*

[signature]
*United States District Judge*